# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JESSICA WILLIAMS,

    *Petitioner*,

vs.

CHRISTINE BODO, *et al.*,

    *Respondents*.

2:04-cv-01620-KJD-LRL

ORDER

    Petitioner's motion (#87) for an enlargement of time is GRANTED, and the time for petitioner to file a response to the prior order (#86) is extended up to and including **March 1, 2011**.  Given the time remaining prior to March 31, 2011, respondents may respond thereto by **March 18, 2011**, and petitioner may file a reply thereto by **March 25, 2011**.

    DATED: February 23, 2011

_____
KENT J. DAWSON
United States District Judge